**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Johnny Ray THOMAS, a.k.a. Snap, a.k.a. Baby Snap, Defendant–Appellant.**

**Nos. 08–50242, 08–50243.**

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable James K. Singleton, Senior United States District Judge for the District of Alaska, sitting by designation.

*** This disposition is not appropriate for publi-

Submitted Aug. 11, 2008.*

Filed Aug. 19, 2008.

Michael J. Raphael, Esq., Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Jill K. Ginstling, James H. Locklin, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

MEMORANDUM **

The parties' joint motion for summary reversal and remand is granted. Defendant's sentence is vacated. *See* 18 U.S.C. § 3553(c)(2); *United States v. Miqbel,* 444 F.3d 1173, 1178 (9th Cir.2006). These consolidated appeals are remanded to the district court for the purpose of re-sentencing defendant.

**VACATED and REMANDED.**

cation and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.